No. 350.  HAINES v. SOUTHERN PACIFIC Co.  Sup. Ct. Ariz.  Certiorari denied.  MR. JUSTICE BLACK dissents from denial of certiorari; he would grant certiorari and set the case down for oral argument.  *Rex E. Lee* for petitioner.  *Ralph W. Bilby* for respondent.

No. 367.  UTAH PIE Co. v. CONTINENTAL BAKING Co. ET AL.  C. A. 10th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.  THE CHIEF JUSTICE took no part in the consideration or decision of this petition.  *Joseph L. Alioto, Matthew P. Mitchell,* and *Robert W. Hughes* for petitioner.  *John H. Schafer* for Continental Baking Co.; *Peter W. Billings* and *James R. Baird, Jr.,* for Carnation Co.; and *George P. Lamb, Carrington Shields, John P. Lipscomb,* and *Gene Mayfield* for Pet Milk Co., respondents.

No. 8, Misc.  O'HALLORAN v. RUNDLE, CORRECTIONAL SUPERINTENDENT.  C. A. 3d Cir.  Certiorari denied.  *Michael J. Rotko* and *Arlen Specter* for respondent.

No. 9, Misc.  MORALES v. CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.  *Thomas C. Lynch,* Attorney General of California, *Albert W. Harris, Jr.,* Assistant Attorney General, and *Gloria F. DeHart,* Deputy Attorney General, for respondent.

No. 25, Misc.  NAPIER v. UNITED STATES;
No. 26, Misc.  COWART v. UNITED STATES; and
No. 27, Misc.  SKIPPER v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.